United States Court of Appeals
Fifth Circuit

**F I L E D**

December 12, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-30127

_____

TATE TROYER; CINDY TROYER,

Plaintiffs - Appellants,

versus

BOOMTOWN LLC OF DELAWARE; LOUISIANA-1 GAMING APIC; GREG
CHAMPAGNE, St. Charles Parish Sheriff; MICHAEL MAUNOIR;
MADELINE MAUNOIR; THOMAS JONES; JOSEPH ROBERTSON;
OFFICER FINN; TERRY RICHARD; PAUL D. CONNICK, JR.,
in his capacity as District Attorney of Jefferson Parish

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(3:04-CV-1084)

_____

Before KING, Chief Judge, and BARKSDALE and PRADO, Circuit Judges.

PER CURIAM:[*]

Essentially for the reasons stated in the district court's
minute entries entered 22 December 2004 and 13 January 2005, the
judgment is

*AFFIRMED.*

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.